AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CHANEY LEWIS,

    Plaintiff,

v.

DEPARTMENT OF JUSTICE,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:23-cv-24

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated November 21, 2023, Plaintiff's Complaint is dismissed in its entirety, following a frivolity screening under 28 U.S.C. § 1915A, for failing to exhaust all administrative remedies prior to filing his Complaint. Further, Plaintiff's Motion for Leave to Proceed in Forma Pauperis is denied, and Plaintiff is denied leave to appeal in forma pauperis. This case stands closed.

Approved by: /s/ Benjamin W. Cheesbro
HON. BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

November 21, 2023
Date

John E. Triplett, Clerk of Court
Clerk

/s/ Gail M. Lak
(By) Deputy Clerk

GAS Rev 10/2020